JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER WILSON,** <br> Plaintiff, <br> v. <br> DEPUTY PRISCILLA et al., <br> Defendants. | **No. LA CV 24-04679-VBF-SHK** <br> **ORDER** <br> Dismissing Case Without Prejudice |

On August 14, 2024, the Court issued an Order (CM/ECF Document ("Doc") Doc 6) requiring plaintiff to provide additional information in support of his request to proceed in forma pauperis ("IFP") or pay the case filing fee within thirty days of the date of the order.

The thirtieth calendar day after the Order was Saturday, September 14, 2024. Therefore, the Court treats plaintiff's deadline as falling two days later, on the Court's next business day, Monday, September 16, 2024. The September 16, 2024 deadline elapsed one week ago, and plaintiff has neither provided the additional information to support his IFP request nor paid the filing fee.

The case is **DISMISSED without prejudice** for lack of prosecution, failure to comply with court order, and failure to pay the case filing fee.

IT IS SO ORDERED.

Dated: September 23, 2024

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge